UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

UNITED STATES OF AMERICA                    :

    -against-                               :        **ORDER**

                                            :

                                            :        **18cr637 (JSR)**

**Kenny Pena**                              :        Docket #

-------------------------------------------x


**Hon. Jed S. Rakoff U.S.** , **DISTRICT JUDGE:**

    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

**Dawn Cardi** _____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC __3/17/26__ :


**SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**


**Dated:  New York, New York**
       3/19/26